IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HENRY OLIVER MCKINNON,

     Appellant,

v.

                                         Case No.  5D23-45
                                         LT Case No. 2019-CF-011062

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed March 14, 2023

Appeal from Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Jessica J. Yeary, Public Defender,
Tallahassee, and Kevin P. Steiger,
Assistant Public Defender, Jacksonville,
for Appellant.

Henry Oliver McKinnon, Raiford, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, EDWARDS and JAY, JJ., concur.